UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Cristobal Ambriz,

Plaintiff,

vs.

United Credit Management Corp., and Lisa Martin,

Defendants.

Court File No. CV-01-630 ADM/AJB

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** and ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel, that the deadline for answering or otherwise responding to Plaintiff's Complaint in the above matter shall be extended to June 8, 2001.

Dated: 5/8/01

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

By ______________________
Michael A. Klutho (License #186302)
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000
***ATTORNEYS FOR DEFENDANTS***

Dated: 5/9/2001

**THE BARRY LAW OFFICE, LTD.**

By ______________________
Peter F. Barry (License #0266577)
342 East County Road D
Little Canada, MN 55117
(651) 714-8800

FILED MAY 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr. (License #249646)
342 East County Road D
Little Canada, MN 55117
(651) 770-9707
***ATTORNEYS FOR PLAINTIFF***

## ORDER

**IT IS HEREBY ORDERED** that the deadline to Answer or otherwise respond to Plaintiff's Complaint in the above matter is extended until June 8, 2001.

Dated: 5/14/01

**BY THE COURT:**

Arthur J. Boylan
United States Magistrate Judge