UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Cristobal Ambriz,

Plaintiff,

vs.

United Credit Management Corp.,
and Lisa Martin,

Defendants.

**Court File No. CV-01-630 ADM/AJB**

**STIPULATION OF DISMISSAL AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: 6/25/2001

**THE BARRY LAW OFFICE, LTD.**

By ________________________
Peter F. Barry (#0266577)
Attorneys for Plaintiff
342 East County Road D
Little Canada, MN 55117
651-714-8800

JUL 16 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED JUL 16 2001
DEPUTY CLERK'S INITIALS

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 5/30/01

By [signature]

Michael A. Klutho (License #186302)
Attorneys for Defendants
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

Dated: 7/13/01

[signature]

Judge of United States District Court
Ann D. Montgomery